Anita L. Steburg (State Bar No. 245933)
1798 Technology Drive, Suite 258
San Jose, CA 95110
Telephone:    +1.408.573.1122
Facsimile:    +1.408.573.1126
E-Mail:       anita@steburglawfirm.com

Attorneys for Plaintiffs
DAVID OROZCO and EMILY CASTILLO


Michael R. McLively (State Bar No. 264675)
mrmclively@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OROZCO and EMILY CASTILLO | Case No.  CV12-00955-MCE-KJN |
| Plaintiffs, | **JOINT STIPULATION EXTENDING EXPERIAN'S TIME TO RESPOND TO COMPLAINT;  ORDER THEREON** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; SETERUS, INC. formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC., | Judge Morrison C. English, Jr. |
| | Complaint Filed:    April 12, 2012 |
| | Trial Date:         Not Assigned |
| Defendants. | |

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME

## STIPULATION

Defendant Experian Information Solutions, Inc. ("Experian"), and Plaintiffs David Orozco and Emily Castillo ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed a Complaint for Violations of the Fair Credit Reporting Act (15 U.S.C. 1681) ("Complaint") on April 12, 2012.

2. On April 23, 2012 Experian was served with the Complaint, thereby setting the deadline to respond at May 14, 2012.

3. The parties are currently discussing settlement possibilities as an alternative to further litigation.

4. In order to continue current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, the parties have agreed to stipulate to an extension of time for Defendant to respond to the Complaint. Instead of responding to the Complaint on May 14, 2012, the parties agree that Defendant's time to file and serve a response to the Complaint is extended 30 days to June 13, 2012.

5. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

6. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendant or Plaintiff may wish to assert in their pleadings, all of which are expressly reserved.

IT IS SO STIPULATED.

Dated: May 11, 2012                By: */s/-Anita Steburg (as authorized on 5/10/12)*
                                       Anita Steburg
                                       Attorneys for Plaintiffs
                                       DAVID OROZCO AND EMILY CASTILLO


Dated May 10, 2012                 By: */s/-Michael McLively*_____
                                       Michael McLively
                                       Attorneys for Defendant
                                       EXPERIAN INFORMATION SOLUTIONS, INC.

**ORDER**

Having reviewed the stipulation of Plaintiffs DAVID OROZCO and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., and good cause appearing, the deadline for Defendant to respond to Plaintiffs' Complaint is extended 30 days from May 14, 2012 to June 13, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE