Amanda E. Glowacki, Esq. (IN #29972-21)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  aglowacki@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
            bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OROZCO and EMILY CASTILLO,<br>        Plaintiffs,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; SETERUS, INC. formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC.;<br>        Defendants. | CASE NO. 2:12-cv-00955-MCE-KJN<br><br>**ORDER GRANTING MOTION TO WITHDRAW *PRO HAC VICE* APPEARANCE OF AMANDA E. GLOWACKI** |

///

///

///

///

1    This cause is before the Court on Motion to Withdraw *Pro Hac Vice* Appearance of
2  Amanda E. Glowacki.  The Court, being duly advised, hereby GRANTS said Motion.
3  Amanda E. Glowacki's *pro hac vice* appearance is hereby withdrawn.
4     IT IS SO ORDERED.
5
6  Dated:  June 4, 2012
7
8                              _____
                               MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28