Thomas P. Quinn, 106113
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA  92651
Telephone: 949-376-3055
Facsimile: 949-376-3070
E-mail: tquinn@nokesquinn.com
*Counsel for Equifax Information Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OROZCO AND EMILY CASTILLO,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; SETERUS, INC. formerly knows as IBM LENDER BUSINESS PROCESS SERVICES, INC.,<br><br>Defendants. | Case No: 2:12-cv-00955-MCE-KJN<br><br>**ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICE LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT; DECLARATION OF THOMAS P. QUINN** |

Equifax Information Services LLC ("Equifax"), having filed its Consent Motion For Extension Of Time To File Responsive Pleading to Plaintiffs' Complaint, and the Court being duly advised, now GRANTS said Motion.

- 1 –

**ORDER**
**Case No. 2:12-cv-00955-MCE-KJN**

**IT IS THEREFORE ORDERED** that Equifax is granted up to and including June 8, 2012 to file a responsive pleading to Plaintiffs' Complaint.

**SO ORDERED.**

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500