Laura K. Rang, Esq. (IN #26238-49-A)
  (admitted Pro Hac Vice)
Terri R. Brown, Esq. (IN #26279-49)
  (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
         tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
         bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OROZCO and EMILY CASTILLO,<br>          Plaintiffs,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; SETERUS, INC. formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC.;<br>          Defendants. | No. 2:12-cv-00955-MCE-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY** |

///

///

///

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 2:12-CV-00955-MCE-KJN**

1  Plaintiffs David Orozco and Emily Castillo, by counsel, and Defendant Trans Union,
2  LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between
3  them have been compromised and settled, and that Plaintiffs' cause against Trans Union only
4  should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  September 18. 2012          */s/ Anita L. Steburg* (w/consent)
                                   Anita L. Steburg, Esq.
                                   Steburg Law Firm
                                   1798 Technology Drive, Suite 258
                                   San Jose, CA  95110
                                   Telephone:  408-573-1122
                                   Fax:  408-573-1126
                                   E-mail:  anita@steburglawfirm.com

                                   *Counsel for David Orozco and Emily Castillo*

Date:  September 18, 2012          */s/ Terri L. Brown*
                                   Laura K. Rang, Esq. (IN #26238-49-A)
                                      *(admitted Pro Hac Vice)*
                                   Terri R. Brown, Esq. (IN #26279-49)
                                      *(admitted Pro Hac Vice)*
                                   Schuckit & Associates, P.C.
                                   4545 Northwestern Drive
                                   Zionsville, IN  46077
                                   Telephone:  317-363-2400
                                   Fax:  317-363-2257
                                   E-Mail:  lrang@schuckitlaw.com
                                            tbrown@schuckitlaw.com

                                   *Lead Counsel for Defendant Trans Union, LLC*


                                   Michael W. Bien, Esq. (CSB #96891)
                                   Blake Thompson, Esq. (CSB # 255600)
                                   Rosen, Bien & Galvan, LLP
                                   315 Montgomery Street, Tenth Floor
                                   San Francisco, CA  94104
                                   Telephone: 415-433-6830
                                   Fax:  415-433-7104
                                   E-Mail:   mbien@rbg-law.com
                                             bthompson@rbg-law.com

                                   *Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 2:12-CV-00955-MCE-KJN**

**1**   **ORDER**

**2**   PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs
**3**   David Orozco and Emily Castillo against Defendant Trans Union, LLC are dismissed, with
**4**   prejudice.  Plaintiffs David Orozco and Emily Castillo and Defendant Trans Union, LLC shall
**5**   each bear their own costs and attorneys' fees.

**6**

**7**   Dated:  September 26, 2012

**8**   _____
         MORRISON C. ENGLAND, JR
**9**    UNITED STATES DISTRICT JUDGE

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 2:12-CV-00955-MCE-KJN

Page 3 of 3