Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
DAVID OROZCO AND EMILY CASTILLO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OROZCO AND EMILY CASTILLO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, L.L.C.; TRANSUNION, LLC; SETERUS, INC. formerly known as IBM LENDER BUSINESS PROCESS SERVICES, INC.,<br><br>    Defendants. | Case No. 2:12-CV-00955-MCE-KJN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

    Pursuant to the parties' stipulation, the above-captioned action by and between Plaintiffs David Orozco and Emily Castillo and Defendant Experian Information Solutions, Inc. is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED.**

Dated:  November 15, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

**DISTRIBUTION TO:**

| | |
|---|---|
| Anita Louise Steburg, Esq.<br>anita@steburglawfirm.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
| Blake Thompson, Esq.<br>bthompson@rbg-law.com | Brian J. Olson, Esq.<br>bjolson@kslaw.com |
| Michael Robert McLively, Esq.<br>mrmclively@jonesday.com | Laura K. Rang, Esq.<br>lrang@schuckitlaw.com |
| Terri R. Brown, Esq.<br>tbrown@schuckitlaw.com | Timothy Matthew Ryan, Esq.<br>tryan@theryanfirm.com |